UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| NANCY ROMEO, Plaintiff, -v- CITY OF NEW YORK et al., Defendants. | : | 26-CV-3118 (JMF) ORDER |

JESSE M. FURMAN, United States District Judge:

As stated during the teleconference held earlier today:

- With the exception of the Initial Discovery ordered in connection with the Initial Discovery Protocols for Employment Cases Alleging Adverse Action, *see* ECF No. 2, discovery in this action is hereby STAYED pending resolution of Defendants' motion to dismiss and mediation, ECF No. 12.

- The Initial Discovery shall be provided within 45 days after the submission of Defendants' motion to dismiss — that is, **no later than October 1, 2026**.

- By separate Order entered today, the Court will refer this action to the Court-annexed Mediation Program. The Mediation is to take place following the exchange of the Initial Discovery pursuant to the Initial Discovery Protocols.

SO ORDERED.

Dated: August 20, 2026
New York, New York

JESSE M. FURMAN
United States District Judge