UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

NANCY ROMEO,

Plaintiff,

-v-

CITY OF NEW YORK et al.,

Defendants.

---------------------------------------------------------------------X

26-CV-3118 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

In light of Defendants' new motion to dismiss, *see* ECF No. 20, Defendants' earlier motion to dismiss filed at ECF No. 12 is hereby DENIED as moot. Plaintiff's opposition to the new motion to dismiss is due by **October 16, 2026**. Defendants' reply, if any, is due by **October 23, 2026**.

The Clerk of Court is directed to terminate Docket No. 12.

SO ORDERED.

Dated: October 5, 2026
New York, New York

JESSE M. FURMAN
United States District Judge